Dismissed and Memorandum Opinion filed January 6, 2005









Dismissed and Memorandum Opinion filed January 6,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00416-CV

____________

 

DENNIS CHARLES DEACETIS,
Appellant

 

V.

 

MARIANNE WHITLEY, Appellee

 



 

On Appeal from the
County Court at Law No. 3 & Probate Court

Brazoria County,
Texas

Trial Court Cause No.  C1031462

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 16, 2004.

On December 22, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 6, 2005.

Panel consists of Justices
Anderson, Hudson, and Frost.